Samuel Rochkind, Plaintiff, v. Abraham Cohen and Abraham Mirkin, Defendants. Abraham Cohen and Abraham Mirkin, Plaintiffs, v. Samuel Rochkind, Defendant.— Order affirmed, without costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Willet L. Roe and Herbert W. White, Respondents, v. Harvey Z. Bowen, Appellant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Thomas and Carr, JJ., concurred; Rich, J., taking no part.

Harry Rubenstein, Respondent, v. Max Berger and Annie Berger, Appellants. —Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Rich, JJ., concurred.

Joseph Bermel, Individually and as Director, etc., Appellant, v. Joseph Meyerrose and Others, Individually and as Directors, etc., Respondents.— Motion denied, on condition that the plaintiff argue his case when reached upon the present calendar. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

The Hastings Pavement Company, Appellant, v. George Cromwell, as President of the Borough of Richmond, and Others, Respondents.— Motion to dismiss appeal granted, without costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

In the Matter of the Application of William J. O'Donnell for Admission to the Bar.— Application granted. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Lazarus Belfer, Respondent, v. Morgiana Ludlow, Impleaded, etc., Appellant.— Motion denied. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Mary C. Bogart, as Administratrix, etc., of John Bogart, Deceased, Respondent, v. The City of New York, Appellant.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Patrick Boleman, Appellant, v. Annie C. Henderson, Respondent.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Joseph D. Brockway, as Receiver, etc., Respondent, v. Emma B. Miller, Appellant, and Others, Defendants.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Anna C. Brownell, Respondent, v. George E. Brownell, Appellant.— Motion granted, with ten dollars costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Frederick Henry Bruckel, Appellant, v. J. Milhau's Son, Respondent.— Motion granted on condition that the respondent pay ten dollars costs to the appellant, and file brief on or before March 13, 1911. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Michael Callahan, Appellant, v. Munson Steamship Line and Others, Respondents.— Motion to dismiss appeal granted, without costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.